IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:24-cv-22 |
| v. | |
| RACHAEL O'BRIEN, MORBID: A TRUE CRIME PODCAST, LLC, WONDERY, LLC, and AMAZON.COM, INC., | |
| Defendants. | |

**O R D E R**

The parties filed a Joint Motion to Stay Discovery and Rule 26(f) Report.  Doc. 52.  The parties ask the Court to stay the discovery obligations in this case until after resolution of Defendants' motions to dismiss.  Upon review and for good cause shown, the Court **GRANTS** the parties' Motion and **STAYS** the proceedings in this case, including discovery, until resolution of the motions to dismiss.  If this case remains pending after resolution of the motions to dismiss, this stay shall be lifted automatically, and the parties shall submit their Rule 26(f) report within 21 days of the final ruling on the motions to dismiss.

**SO ORDERED**, this 5th day of August, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA