IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., | |
| Plaintiff, | CIVIL ACTION NO.: 5:24-cv-22 |
| v. | |
| RACHAEL O'BRIEN, et al., | |
| Defendants. | |

**O R D E R**

Plaintiff filed a Motion to Leave to File Corrected Briefs. Doc. 58. Plaintiff explains he mistakenly attributed two quotations to the wrong case in two previously filed response briefs. Plaintiff requests to file corrected versions of both briefs. The Court **GRANTS** Plaintiff's Motion. The Court **DIRECTS** the Clerk to **RESTRICT** Document Number 42 and **FILE** Document 58-1 (the corrected version of Plaintiff's response to Defendant Morbid: A True Crime Podcast LLC's motion to dismiss) as a replacement for Document Number 42. The Court also **DIRECTS** the Clerk to **RESTRICT** Document Number 48 and **FILE** Document 58-2 (the corrected version of Plaintiff's response to Defendant Rachael O'Brien's motion to dismiss) as a replacement for Document Number 48.

**SO ORDERED**, this 12th day of August, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA