**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**WAYCROSS DIVISION**

DR. MAHENDRA AMIN, M.D.,

       Plaintiff,

    v.

RACHAEL O'BRIEN, MORBID: A TRUE
CRIME PODCAST LLC d/b/a MORBID
NETWORK, WONDERY, LLC, and
AMAZON.COM, INC.,

       Defendants.

Case No.: 5:24-cv-00022-LGW-BWC

## APPLICATION FOR LEAVE OF ABSENCE

Comes now Ryan E. Harbin, Attorney for Plaintiff, and respectfully requests the Court to grant her a leave of absence from the above case for which she is attorney of record now pending in the United States District Court for the Southern District of Georgia, on February 28, 2025 through March 4, 2025, for personal travel.

Respectfully submitted this 29th day of January, 2025.

                                  */s/ Ryan E. Harbin*

                                  Stacey G. Evans
                                  Georgia Bar No. 298555
                                  sevans@staceyevanslaw.com
                                  Ryan E. Harbin
                                  Georgia Bar No. 370658
                                  rharbin@staceyevanslaw.com
                                  J. Amble Johnson
                                  Georgia Bar No. 229112
                                    ajohnson@staceyevanslaw.com

                                  STACEY EVANS LAW
                                  729 Piedmont Ave NE
                                  Atlanta, GA 30308

1

(404) 850-6750 (phone)
(404) 850-6748 (fax)

Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 29, 2025, I filed the foregoing **Application for Leave of Absence** with the Clerk of Court using PACER, which will automatically send email notifications of and serve such filing to counsel of record.

*/s/ Ryan E. Harbin*
Ryan E. Harbin
Georgia Bar No. 370658
