IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D.,<br><br>    Plaintiff,<br><br>  v.<br>RACHAEL O'BRIEN, MORBID: A TRUE CRIME PODCAST LLC d/b/a MORBID NETWORK, WONDERY, LLC, and AMAZON.COM, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 5:24-cv-22 |

## **O R D E R**

The parties notified the Court via email that a settlement has been reached in this case. The parties are working toward completing the settlement terms. The Court hereby **STAYS** the proceedings, so the parties can finalize their agreement and file a stipulation of dismissal. The Court **DIRECTS** the parties to attend a telephonic status conference on Wednesday, July 9, 2025, at 2:00 p.m. If a stipulation of dismissal is filed before the conference, the conference will be canceled. If no stipulation has been filed by the conference, the parties should be prepared to provide an update on their efforts to resolve this matter.

**SO ORDERED**, this 6th day of June, 2025.

                                              BENJAMIN W. CHEESBRO
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF GEORGIA