UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DR. MAHENDRA AMIN, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RACHAEL O'BRIEN, MORBID: A TRUE ) <br> CRIME PODCAST LLC d/b/a MORBID ) <br> NETWORK, WONDERY, LLC, and ) <br> AMAZON.COM, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: CV 5:24-cv-00022-LGW-BWC |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dr. Mahendra Amin, by and through undersigned counsel, hereby submits this notice of dismissal dismissing this action with prejudice against Defendants Rachael O'Brien, Morbid: A True Crime Podcast LLC d/b/a Morbid Network, Wondery, LLC, and Amazon.com, Inc., with each party bearing its own attorney's fees and costs. No Defendant has filed an answer or a motion for summary judgment in this proceeding.

Respectfully submitted this 5th day of August, 2025.

/s/ Stacey G. Evans

Stacey G. Evans
Georgia Bar No. 298555
sevans@evansbowers.com
Ryan E. Harbin
Georgia Bar No. 370658
rharbin@evansbowers.com
J. Amble Johnson
Georgia Bar No. 229112
ajohnson@evansbowers.com

1

EVANS BOWERS
729 Piedmont Ave NE
Atlanta, GA 30308
(404) 850-6750 (phone)
(404) 850-6748 (fax)

Scott R. Grubman
Georgia Bar No. 317011
sgrubman@cglawfirm.com

CHILIVIS GRUBMAN
DALBEY & WARNER LLP
1834 Independence Square
Atlanta, GA 30338
(404) 233-4171 (phone)
(404) 261-2842 (fax)

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I filed the foregoing **NOTICE OF VOLUNTARY DISMISSALWITH PREJUDICE** with the Clerk of Court using PACER, which will automatically send email notifications of and serve such filing to counsel of record.

                                                   */s/ Stacey G. Evans*
                                                   Stacey G. Evans
                                                   Georgia Bar No. 298555